DISTRICT OF LOUISIANA
RECEIVED
JUL 21 2023
TONY R. MOORE, CLERK
BY: DEPUTY

3:23-cv-0981

(1)

Charlesetta Williams Statement
318 703-1208
7-14-2023
Federal Court Building
Western District of LA
Tom Stagg United Court House
300 ~~Fannin~~ S Fannin St
S port LA 71101 I Need To
proceed In Forma pauespcia
Williams-V-Hitchmiches
Williams-V-C.C.C. ET. AL.
I seek the Relief of Conviction
OF Sentence Section 1983
pro-se Felony arnson Kindnapping
Women mental Heath Female
mental Heath MrsCounselor
Box Level II Security per
Mental A-Team Chris Reed
Deputy Sheriff W-M-H.
Counselor Box False arrest
A mistemement Felony arnson
Kindnapping I Hired A
~~City A~~ Civil Attorney
F Edwards Mouton 400
Travis st S. port LA 71101
Beck-Building I Hired
A Attorney through the State
When I were In Jail W-M-H.
Henry C. Walker A Civil Attorney
He Got paid through the State

Charlesetta Williams
318 703-1508
Statement (2)
7-14-2023

Jail Release $100.000
Did not I Hired F. Edward
Mouton Beck Building
400 Travis St S-port LA
71101 He Did Not Release
me ~~we~~ He were paid By mE
$100-00 Chief Judge Terry
A Doughty United States
Court Kayla Mc Clusky
United States Court House
my Appeal With Saunt off.
By Tony R. Moore Clerk OF
Court 300 Fannin St S.port
LA 71101 Fifth Circit ~~OF~~ Court OF Appeal
appeal Clerk OF Court
Lyle Cance Return Back
To me Brief 28.2022
out of Jurdication New-Orleans
Federal ~~an~~ Question
that F.B.I. Federal Judge
Maurrice Hick Felony arrson
June 12. 2002 Indent
Report 69401-146117 96401 146117
Mental I were Not arrested
I were at Home the Time
OF Felon-arrson ~~arrested~~
arrest Ilegal Kindnapping OF my Home

Charlesetta Williams Statement
318 703-1208 South Caddo (3)
7-14-2023 Walter Collins Jr
June 14 2007 Finder printed By 3007 Gardowia St Cooper Rd S-port LA 71107
SGT-Trount Golf-population 71107
Dont the Phone Company C.C.C.
1101 Formum Dr S-port LA 71101
that He call C-P.S-Office
that Someone were In His house
that He Smoke In His Kitchen
A Trashcan were on Fire C-W.
3. Day Stay Shreveport City Finder
Jail 755 Hope St S-port printed
LA 71101 No Evidence S-port
City Jail Evidence Room
A Burn Trashcan Kindnapping
Officer Hostaman Hitchmiches
S.P.D. 1234 Texas Ave
S-port LA 71101 Ex-Chief of
police mike Campbell &
Retired & Resign now Chief
of Wayne Smith Hostaman
Hitchmiches Is Still A police
Officer Classification 146117
Lt. John Wells Deputy Sheriff
Company His Wife Did it
SGT-Barbara Jean wells
Felony arson C W - 2831 Kelsey
St Cooper Rd S port LA 71107
Dr Martin Luther King Jr
Community S.port LA 71107

Walter Collins Jr

I ask who call in W-m-H
Sgt Sergent Trount
told me who call all

Statement

Blue-Sheet
mths. → With Dpt OF With Correction
Appeal Sentence 18 credit Time. Four months serve Baton Rouge
June 18. 2002 Viedeo Court
In C-C-C- Bond 10.000

(4)

paul Carmouche D-A. public defenser Attorney Kammi Whately CADDO parish Judge John Mosley JR I Did Not Bondout of Jail I Remain In Jail For Court Sanity Hearing mental I Were not SchFreantic June 12. 2002 A state Hospital July 18. 2002 Court Hearing CADDO. Parish Jail No Legal Doucement of arrested No Charge on Court Docket LT. Harp A-Team permental Chris Reed Deputy Sheriff W-M-H-Level II pystric For the state L-S-U. Heath Science Center mental Insane that I Tried To Kill Someone B-Team LT. Leach per mental C-Team per mental LT. Harp SGT-Trount Golf population Locked down CADDO parish deputy Sheriff Hawkins Jefferson Darby Highfield Cindy Crites Clara Washington Barbara Hall

Charlesetta Williams
318 703-1208
7-14-2023

(5)

B.M.U- ONE INDENT
Requir 3 Write up For B.M.U.
custody Board I only Had one
B.M.U- Women mental
Heath Mrs Counselor Box
Locked down In Empty
Cell For 23 hrs Kindnapping
Remove mattress pillow + Foote
Locker Just Cup + Spoon
For Breakfast Lunch Dinner
Oct 13 Plea Bargin Not
Guilty John Jr mosley Judge
Joe Stamps DA - public
denfender Attorney Did not
Give me my Release papers
To Go Home I Contacll the
Jail they Could not Get
Release papers Remain In
W. M.H. Counselor Box +
pystric Dr Color pystriet For
the State Sysotic Shreveport
mental Heath Center 1310 N. Hearne
Ave Freestate S.port LA 71107 under
A doctor Charles armstead Is
no doctor A City marshalls
I never been In their of the state.
Sch Frantic Saunt out Kindnapping

Statement ID 318 703-1208
7-14-2023.
Charlesetta Williams

(6)

Case 222 299
F.B.I. Case 299

I call Federal Agent M.B. Kinder 401 Edwards St S-port LA 71101 And Reported it He Could not Do nothing I were Saunt out of the State Eastern LA Mental Heath Sytem Sytostic medical Records were not Doucement For Court my name And In them C.W. 2831 Kelsey St S-port LA 71107 Cooper Rd Dr Martin Luther King Jr Community S-port LA 71107 Case Felony arrson Kidnapping Head Federal Agent pass it on To Special Agent Dective Louis M. Reigel III Dective Investicate the Charget Crime Felony arrson M.B Kinder Boss I.F.P. 1st Floor Appeal Federal public denfender Attorney pamela P. Mitchelle U.S. marshalls Started the case $100000 Maurice Hicks open Account $ 250 Done the charge Felony arrson Closed Case Turn it over To you Denfendants Guilty Warrant STE 1167 Mark L. Hornsby U.S. Marshalls 1736 East 70th St S-port LA 71105

Statement Charlesotta Williams
7-14-2023
318 703-1208 (7)

Service Process Denfendants
Quilty Walter Collins Jr 71111
416 Yarbrough St Bossie City ~~The~~
One year Limaration Life
Death penalty Without Bond+parole
LA State pen Angole Other
Denfendants Major Charge
Kindnapping Life Without
Bond + parole LA pen Saint
Gable ~~Male~~ Females Male LA.
State pen ~~Angola~~ Angola
Who Is In Charge C. W.
2831 Kelsey St S. port LA 71107
Cooper Rd In Betty Smith He Got Her
Address 2829 Roundgrove Murder
LAR University part S. port Accidental Death Life
LA 71107 Dr Martin Luther Death
King Jr Community my special penalty
Agent F.B.I. Hased it Louis Without Bond+
M. Riegel III A Dective And parole
M. B. Kinder Contract He Alphonse
drew up In His Name Louis Jackson
M. Riegel III With A Civil Head Start
Attorney F. Edwards Mouton & Center 2600 Blk Dr M. L.K. Jr S. port LA 71107
Secetary Mouton With M.B. Kinder
& Secetary Case Cost $ 500.00
M. B. Kinder C-W + mother Barbara J. Williams