UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHARLESETTA WILLIAMS** **\*\*SANCTIONED/BARRED\*\*** | **CIVIL ACTION NO. 3:23-CV-0981** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **UNKNOWN DEFENDANTS** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER OF THE CLERK OF COURT

Before the Court is a Complaint (Doc. No. 1), filed by sanctioned/barred plaintiff, Charlesetta Williams. Following a review of the filing,

The Clerk having determined that the required advance permission to file has not been obtained as required by the Judgment in Case No. 5:21-cv-3799, this suit is **DISMISSED.** All motions are **DENIED.**

SHREVEPORT, LOUISIANA, this 1st day of August 2023.

ON BEHALF OF:
TONY R. MOORE,
CLERK OF COURT

__PM_____
**Deputy Clerk**